IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** * <br> **Plaintiff** * <br> * <br> v.s. * <br> * <br> **YOLANDA RUIZ,** * <br> **Defendant** * <br> * * * * * * * * * * * * * * | CR. NO. 03:97CR0082-006 (SEC) |

**ORDER**

Upon a petition of Sandra Vélez-García, U.S. Probation Officer of this Court, alleging that releasee, Yolanda Ruiz, has failed to comply with the conditions of her supervised release.

It is ORDERED that releasee appear before this Court on _____ 2007, at _____, for a hearing to show cause, if there be any, why her supervised release on the above-entitled case should not be revoked; thereupon she to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against her.
2. To present evidence in her own behalf.
3. To the opportunity to question witnesses against her.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, Yolanda Ruiz, and notify counsel for releasee and for the government with copy of this Order. The same will be lodged as a detainer by the U.S. Marshal Service.

IT IS SO ORDERED

In San Juan, Puerto Rico, this ___ day of July 2007.

_____
**SALVADOR E. CASELLAS**
**SENIOR U.S. DISTRICT JUDGE**