**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| Plaintiff * | |
| * | |
| v. * | **Criminal No. 97-82(SEC)** |
| * | |
| YOLANDA RUIZ (6) * | |
| * | |
| Defendant * | |
| ********************************* | |

**ORDER**

Sandra Vélez-García, U.S. Probation Officer of the Court, alleges that releasee, Yolanda Ruiz, has failed to comply with the conditions of her release. Thus, Defendant Yolanda Ruiz's supervision term is hereby **TOLLED**. In addition, this matter is also **REFERRED** to a Magistrate Judge for the holding of a hearing. Defendant Yolanda Ruiz is **ORDERED** to appear at said hearing and show cause, if there be any, why her supervised release in the above-entitled case should not be revoked. Thereupon, she be dealt with pursuant to law.

At this hearing, the releasee will be entitled:

1. To the disclosure of evidence against her.

2. To present evidence in her own behalf.

3. To the opportunity to question witnesses against her.

4. To be represented by counsel.

The Clerk shall issue a warrant for the offender's arrest and provide all pertinent parties with a copy of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of July, 2007.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge