# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: SULMA LOPEZ-DEFILLO           DATE: JULY 26, 2007

COURT REPORTER: FTR/sld                         **CRIM. NO. 97-082 (06)(SEC)**

COURT INTERPRETER: FELIX TOLEDO

==================================================================
                              Attorneys:

UNITED STATES OF AMERICA              AUSA, ERNESTO LOPEZ

vs.

YOLANDA RUIZ                          AFPD, JOANNIE PLAZA-MARTINEZ
U/C 14978-069

==================================================================

The defendant is present in court. She is  _x_  under custody  ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

_X_   Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   APRIL 16, 1999 is REVOKED**.

**SENTENCE**: Imprisonment for a term of 6 months. No further term of Supervised Release will be imposed.

                                          *S/ Sulma López-Defilló*
                                        Courtroom Deputy Clerk