AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE   District of   **PUERTO RICO**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **YOLANDA RUIZ** | Case Number: 97-CR-82 (06) (SEC) |
|  | USM Number: 14978-069 |
|  | AFPD, JOANNIE PLAZA-MARTINEZ |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) _Mandatory and Standard Conds. 2,3,6 & 9_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Cond. 3 | Failure to answer truthfully all inquires made by US Probation Officer and to follow instructions. | 7/11/07 |
| Standard Cond. 2 | Failure to report and to submit a truthful and complete written report to the US Probation Officer within the first five days of each months. | 7/11/07 |
| Standard Cond. 6 | Failure to notify the US Probation Officer within 72 hours of any change in residence or employment. | 7/11/07 |
| Mandatory Cond. | She committed another federal, state or local crime. | 7/01/07 |
| Standard Cond. 9 | She associated with person engaged in criminal activity. | 01/2006 to 7/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

Defendant's Mailing Address:

July 26, 2007
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

JULY 26, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | YOLANDA RUIZ | |
| CASE NUMBER: | 97-CR-082 (06) (SEC) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **SIX (6) MONTHS.  NO further Supervised Release term will be imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL